**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Jo~~MEMO ENDORSED~~
Executive Directo

Southern District of New York
John J. Byrnes
Attorney-in-Charge

May 12, 2008

BY HAND

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Hall
     08 Cr. 258 (NRB)

Hon. Judge Buchwald:

    I write to the Court regarding the indictment against Ms. Alexis Hall. Ms. Hall is at liberty and is presently engaged in plea negotiations with the United States Attorney's Office. On Ms. Hall's behalf we are trying to convince the government to decline prosecution on the indictment pending against her. We are in the process of submitting such a request and need a three-week adjournment of the May 14th status conference. ASUA Alperts consents to this request.

    To that end, we request that the time between May 14, 2008 and the next status conference date set by the court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

Respectfully submitted,

Sabrina P. Shroff

cc: J. Alperts, AUSA

[Handwritten endorsement: "The conference is adjourned until June 4, 2008 at 2:30. So Ordered. Naomi Reice Buchwald, USDJ 5/12/08"]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 5/12/08]