UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :

              -v-                        :      ORDER

ALEXIS HALL,                             :      08 Cr. 258 (NRB)

              Defendant.                 :

- - - - - - - - - - - - - - - - - -X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

        Upon the application of the United States of America,

by and through Assistant United States Attorney Amie N. Ely, and

with the consent of the defendant, ALEXIS HALL, by and through

her counsel, Sabrina Shroff, Esq., it is hereby ORDERED that the

time between the date of this Order and the date of the next

scheduled conference, September 17, 2008, is excluded for

purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in

the interests of justice.  The ends of justice served by such

continuance outweigh the interest of the public and the defendant

in a speedy trial because it will allow defense counsel to, among

other things, review discovery and evaluate the potential for an

early disposition of the matter.

Dated:   New York, New York
         ~~June~~ __, 2008
         July 3

                                    _____
                                    NAOMI R. BUCHWALD
                                    UNITED STATES DISTRICT JUDGE